IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTASER MOSA RASHID,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST FRANKLIN LOAN SERVICES,<br><br>    Defendant.<br>_____/ | No. C 07-80234 CRB<br><br>**ORDER OF REFERENCE TO<br>MAGISTRATE JUDGE** |

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that the above captioned case is referred to a Magistrate Judge , to be heard and considered at the convenience of his/her calendar. Counsel will be advised of the date, time and place of the hearing by notice from Magistrate Judge chambers.

Dated: October 22, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE