IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONTASER MOSA RASHID,

    Plaintiff,

v.

FIRST FRANKLIN LOAN SERVICES,

    Defendant.

No. C 07-80234 CRB

**ORDER**

**IT IS HEREBY ORDERED** that the order of reference to a magistrate judge entered on October 22, 2007 is vacated.

**IT IS SO ORDERED.**

Dated: October 23, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE