IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTASER MOSA RASHID,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST FRANKLIN LOAN SERVICES, et al.,<br><br>    Defendants.                              / | No. Misc. C 07-80234 CRB<br><br>**ORDER OF DISMISSAL WITH LEAVE TO AMEND** |

Plaintiff, proceeding pro se, filed this action against First Franklin Loan Services, a residential wholesale lender, as a miscellaneous action. Plaintiff identifies himself and First Franklin as a "vessel." Plaintiff's papers are incomprehensible and it is impossible for the Court to discern the basis for plaintiff's lawsuit. It appears that plaintiff may have a loan with defendant First Franklin, but even that fact is unclear from plaintiff's papers.

Accordingly, plaintiff's "action" is DISMISSED with 20 days leave to amend. If plaintiff wishes to proceed with this action, plaintiff must file a complaint that clearly identifies the parties and the claims that plaintiff is making and the facts that support his clear. Citation to random legal authorities is not sufficient to state a claim.

**IT IS SO ORDERED.**

Dated: October 26, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\87234misc\orderdismissal1.wpd