UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MONTASER M. RASHID,

        Plaintiff,

v.

FIRST FRANKLIN LOAN SERVICES et al,

        Defendant.

Case Number: CV07-80234 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 31, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Montaser-Mosa Rashid
11 Caine Avenue
San Francisco, CA 94102

Dated: October 31, 2007

        Richard W. Wieking, Clerk
        By: Barbara Espinoza, Deputy Clerk