| | |
|---|---|
| 1 | Stuart B. Wolfe (SBN 156471) |
| | sbwolfe@wolfewyman.com |
| 2 | Kelly Andrew Beall (SBN 162456) |
| | kabeall@wolfewuman.com |
| 3 | WOLFE & WYMAN LLP |
| | 5 Park Plaza, Suite 1100 |
| 4 | Irvine, California 92614-5979 |
| | Telephone: (949) 475-9200 |
| 5 | Facsimile: (949) 475-9203 |
| 6 | Attorneys for Defendant |
| | **HOME LOAN SERVICES dba** |
| 7 | **FIRST FRANKLIN LOAN SERVICES** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | | |
| 12 | MONTASER M. RASHID Sramineus Homo, U S Vessel | Case No. C 07-80234 CRB |
| 13 | Plaintiff, | [PROPOSED] ORDER AFTER DEFENDANT FIRST FRANKLIN FINANCIAL CORPORATION'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT |
| 14 | vs. | |
| 15 | FIRST FRANKLIN LOAN SERVICES, US Vessel DOES, ROES and MOES 1-100 et al. US Vessel sand | |
| 16 | | [Fed.R.Civ.P. 12(b)(6)] |
| 17 | Defendant. | Date:      December 7, 2007 Time:      10:00 a.m. Courtroom: 8 |
| 18 | | |
| 19 | MONTASER-MOSS; RASHID LIEN HOLDER OF THE VESSEL, The Real Party In Interest, Lawful Man | Honorable Charles R. Breyer |
| 20 | | |
| 21 | Injured Third Party Intervener/ Petitioner/Libelant, | |
| 22 | | |
| 23 | vs. | |
| 24 | FIRST FRANKLIN LOAN SERVICES, U.S. Vessel, DOES, ROIES, and MOES 1-100 et al., US VESSELS INDIVIDUALLY AND SEVERALLY | |
| 25 | | |
| 26 | | |
| 27 | Third Party Defendants/Libellees | |
| 28 | | |

[PROPOSED] ORDER AFTER MOTION TO DISMISS – CASE NO: C 07-80234 CRB

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant FIRST FRANKLIN FINANCIAL CORPORATION'S Motion to Strike the Complaint of Plaintiff MONTASER M. RASHID came on regularly for hearing before this Court on December 7, 2007 at 10:00 a.m.. Defendant FIRST FRANKLIN FINANCIAL CORPORATION appeared through its attorneys of record, Kelly Andrew Beall of Wolfe & Wyman LLP. Plaintiffs appeared in pro per.

After consideration of all moving, opposing, and reply papers, as well as oral arguments before the Court, and good cause otherwise appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.  Defendant FIRST FRANKLIN FINANCIAL CORPORATION'S Motion to Strike is sustained without leave to amend.

**IT IS SO ORDERED**

DATED:

JUDGE OF THE DISTRICT COURT