

1  Stuart B. Wolfe (SBN 156471)
   sbwolfe@wolfewyman.com
2  Kelly Andrew Beall (SBN 162456)
   kabeall@wolfewuman.com
3  WOLFE & WYMAN LLP
   5 Park Plaza, Suite 1100
4  Irvine, California 92614-5979
   Telephone: (949) 475-9200
5  Facsimile: (949) 475-9203

6  Attorneys for Defendant
   **HOME LOAN SERVICES dba**
7  **FIRST FRANKLIN LOAN SERVICES**

8
                 UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10

11
12  MONTASER M. RASHID              Case No. C 07-80234 CRB
    Sramineus Homo, U S Vessel
13                                  **CERTIFICATE OF SERVICE**
              Plaintiff,
14
    vs.
15
    FIRST FRANKLIN LOAN
16  SERVICES, US Vessel DOES, ROES
    and MOES 1-100 et al. US Vessel sand
17
              Defendant.
18
    ─────────────────────────────
19  MONTASER-MOSA; RASHID LIEN
    HOLDER OF THE VESSEL, The Real
20  Party In Interest, Lawful Man

21  Injured Third Party Intervener/
    Petitioner/Libelant,
22
    vs.
23
    FIRST FRANKLIN LOAN
24  SERVICES, U.S. Vessel, DOES,
    ROES, and MOES 1-100 et al., US
25  VESSELS INDIVIDUALLY AND
    SEVERALLY
26
    Third Party Defendants/Libellees
27
28

**CERTIFICATE OF SERVICE – CASE NO:** C 07-80234 CRB)



1   I hereby certify that a copy of the foregoing NOTICE OF MOTION AND
2   MOTION OF HOME LOAN SERVICES dba FIRST FRANKLIN LOAN
3   SERVICES TO DISMISS PLAINTIFF'S PETITION FOR FAILURE TO STATE
4   A CLAIM UPON WHICH RELIEF CAN BE GRANTED; MEMORANDUM OF
5   POINTS AND AUTHORITIES IN SUPPORT THEREOF; and [PROPOSED]
6   ORDER AFTER DEFENDANT FIRST FRANKLIN FINANCIAL
7   CORPORATION'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT was this
8   date served upon all counsel of record by placing a copy of the same in the United
9   States Mail, postage prepaid, and sent to their last known address as follows:

11  Montaser Mosa Rashid
    11 Caine Avenue
12  San Francisco, CA 94112-3105

14      I declare that I am employed in the office of a member of the bar of this court
15  at whose direction the service was made.
16      Executed this ___ day of October, 2007 at Irvine, California.

                                        _____
                                        Jill McIntee

21  H:\Matters\Home Loan Services, Inc (1385)\012 (Rashid)\Certificate of Service.doc