IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTASER MOSA RASHID,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FIRST FRANKLIN LOAN SERVICES, et al.,<br><br>　　　　Defendants.　　　　　　　／ | No. Misc. C 07-80234 CRB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　　　Plaintiff, proceeding pro se, filed this action against First Franklin Loan Services, a residential wholesale lender, as a miscellaneous action. Plaintiff identifies himself and First Franklin as a "vessel." As plaintiff's papers are incomprehensible and it is impossible for the Court to discern the basis for plaintiff's lawsuit, on October 31, 2007 the Court dismissed the action with 20 days leave to amend.

　　　　As of the date of this Order plaintiff has not amended his complaint and has not otherwise communicated with the Court. Accordingly, this action is DISMISSED with prejudice. The December 7, 2007 hearing on defendants' motion to dismiss is therefore VACATED as moot.

　　　　**IT IS SO ORDERED.**

Dated: November 28, 2007

　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\87234misc\orderofdismissal2.wpd